IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICIA ONG-CALABIG,

        Plaintiff,                No. CIV 2:09cv2491-JFM (PS)

    vs.

AMTRAK, NATIONAL RAILROAD
PASSENGER CORPORATION, DOES
1 TO 20,
        Defendants.            SCHEDULING ORDER

_____/

        The parties have consented to proceed before the undersigned for all purposes. See 28 U.S.C. § 636(c). On January 5, 2010, the parties filed a joint status report. Upon consideration of the status report on file in this action, and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

        1. The parties shall make their Rule 26 disclosures on or before April 12, 2010.

        2. All non-expert discovery shall be completed, and all motions pertaining to discovery shall be noticed to be heard, by January 31, 2011.

        3. The parties shall exchange lists of expert witnesses no later than February 28, 2011. The parties are reminded of their obligation to supplement these disclosures when required under Fed. R. Civ. P. 26(e)(1).

4. Disclosure of experts shall occur no later than February 28, 2011.

5. The parties shall supplement their expert witness disclosures on or before March 21, 2011.

6. Expert discovery shall be completed by April 29, 2011.

7. Dispositive motions shall be noticed to heard by July 29, 2011.

8. The pretrial conference is set for September 16, 2011 at 1:30 p.m. in courtroom # 8.  Pretrial statements shall be filed pursuant to Local Rule 281.

9. Jury trial of this matter is set for November 1, 2011 at 9:00 a.m. in a courtroom to be assigned before the undersigned.  Trial is estimated to run three days.  The parties shall file trial briefs pursuant to Local Rule 285.

10. Pursuant to Local Rule 271 and based on the consent of all parties, this matter is referred to the Voluntary Dispute Resolution Program.

DATED: February 23, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

014.ongc2491.oasc