IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICIA ONG-CALABIG,

        Plaintiff,                  No. CIV 2:09cv2491-JFM (PS)

    vs.

AMTRAK, NATIONAL RAILROAD PASSENGER CORPORATION, DOES 1 TO 20,

        Defendants.           ORDER

_____/

        It appears to the court that the above-captioned case has been settled. In accordance with the provisions of Local Rule 160, the court now orders that the dispositional documents be filed on or before January 6, 2011.

        All previously set dates in this matter are hereby vacated.

        <u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL AS WELL AS ANY PARTY OR PARTIES WHO CAUSE NON-COMPLIANCE WITH THIS ORDER</u>.

DATED: December 14, 2010.

                                                    _____
                                                    UNITED STATES MAGISTRATE JUDGE

/014;ongc2491.1045C

1