IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICIA ONG-CALABIG,

      Plaintiff,                    No. CIV 2:09cv2491-JFM (PS)

    vs.

AMTRAK, NATIONAL RAILROAD PASSENGER CORPORATION, DOES 1 TO 20,

      Defendants.              ORDER

_____/

        Counsel for defendant filed an ex parte application to extend the deadline for filing dispositional documents, currently set for January 6, 2011. Plaintiff filed a statement of non-opposition. Good cause appearing, IT IS HEREBY ORDERED that the deadline for filing dispositional documents is continued to January 27, 2011.

DATED: January 6, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

/014;ongc2491.eot

1