IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICIA ONG-CALABIG,

   Plaintiff,       No. CIV 2:09cv2491-JFM (PS)

 vs.

AMTRAK, NATIONAL RAILROAD PASSENGER CORPORATION, DOES 1 TO 20,
   Defendants.      STIPULATION AND ORDER
_____/

   IT IS HEREBY STIPULATED by and between Plaintiff PATRICIA ONG-CALABIG and Defendant NATIONAL RAILROAD PASSENGER CORPORATION (also erroneously sued as Amtrak), through their designated counsel, that the above-captioned action be and hereby is dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party agrees to bear their own costs.

Dated: January 12, 2011      ELLIS, LAVOIE, POIRIER, STEINHEIMER
                & MCGEE, LLP


               By: /s/ Ronald Poirier
                  RONALD POIRIER
                  Attorneys for Plaintiff

1

| | |
|---|---|
| Dated: January 18, 2011 | LOMBARDI, LOPER & CONANT, LLP |
| | By:   /s/ B. Clyde Hutchinson |
| | B. CLYDE HUTCHINSON |
| | Attorneys for Defendant |
| | NATIONAL RAILROAD PASSENGER CORPORATION |

IT IS SO ORDERED.

DATED: February 9, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

/014;ongc2491.stip